| | |
|---|---|
| 1 | TONY WEST |
|   | Assistant Attorney General |
| 2 | DAVID J. KLINE |
|   | Director, District Court Section |
| 3 | Office of Immigration Litigation |
|   | VICTOR M. LAWRENCE |
| 4 | Principal Assistant Director |
|   | SAMUEL P. GO, NYSBN 4234852 |
| 5 | Trial Attorney |
| 6 |     P.O. Box 868, Ben Franklin Station |
|   |     Washington, D.C.  20044-0868 |
| 7 |     Telephone: (202) 353-9923; FAX: (202) 616-8962 |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAY BAHADUR TAMANG, | ) | |
| | ) | No. 3:09-cv-1490 (MEJ) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |
| | ) | |
| JANET NAPOLITANO, Secretary, Department of Homeland Security; ERIC H. HOLDER, JR., Attorney General, United States Department of Justice; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; MICHAEL AYTES, Acting Deputy Director, United States Citizenship and Immigration Services (USCIS); DAVID ROARK, Director, Texas Service Center; and ROSEMARY MELVILLE, District Director, San Francisco Field Office, USCIS, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

     Plaintiff, by and through their attorneys of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

     1.  Plaintiff filed this action on or about April 6, 2009.  Defendants' response is due on June 12, 2009.

     2.  The parties believe this matter might resolve without further litigation.

3. Therefore, the parties hereby respectfully ask this Court to a 45-day extension of time within which the Defendants must serve its response in the above-entitled action. Defendants will file their response on or before July 27, 2009.

Dated: June 12, 2009                              Respectfully submitted,

                                                  TONY WEST
                                                  Assistant Attorney General

                                                  DAVID J. KLINE
                                                  Director, District Court Section
                                                  Office of Immigration Litigation

                                                  VICTOR M. LAWRENCE
                                                  Principal Assistant Director

                                                  /s/ Samuel P. Go
                                                  SAMUEL P. GO
                                                  Trial Attorney, District Court Section
                                                  Office of Immigration Litigation
                                                  U.S. Department of Justice, Civil Division

                                                  Attorneys for Defendants

Date: June 12, 2009                               /s/ Sara G. Noel (with permission)
                                                  SARA G. NOEL

                                                  Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 17, 2009                               _____
                                                  MARIA-ELENA JAMES
                                                  United States Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation to Extend Dates and [Proposed] Order was served via the district court's electronic filing system on this 12th day of June 2009 to the following counsel:

Reginald Steer
Sara G. Noel
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104

Theodore Roethke
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111

    /s/ *Samuel P. Go*
SAMUEL P. GO
U.S. DEPARTMENT OF JUSTICE