1  REGINALD STEER
   SARA G. NOEL
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
3  San Francisco, CA 94104

4  THEODORE ROETHKE
   ASIAN LAW CAUCUS
5  55 Columbus Avenue
   San Francisco, CA 94111
6
   Attorneys for Plaintiff
7
   TONY WEST
8  Assistant Attorney General
   DAVID J. KLINE
9  Director, District Court Section
   Office of Immigration Litigation
10 VICTOR M. LAWRENCE
   Principal Assistant Director
11 SAMUEL P. GO, NYSBN 4234852
   Trial Attorney
12
        P.O. Box 868, Ben Franklin Station
13      Washington, D.C.  20044-0868
        Telephone: (202) 353-9923; FAX: (202) 616-8962
14
   Attorneys for Defendants
15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

                  SAN FRANCISCO DIVISION
18

19 JAY BAHADUR TAMANG,                        )
                                              )   No. 3:09-cv-1490 (MEJ)
20            Plaintiff,                       )
                                              )
21       v.                                   )   **STIPULATION OF**
                                              )   **DISMISSAL; [PROPOSED]**
22 JANET NAPOLITANO, Secretary, Department of )   **ORDER**
   Homeland Security; ERIC H. HOLDER, JR.,    )
23 Attorney General, United States Department of )   [Fed.R.Civ.P. 41(a)(1)(ii)]
   Justice; ROBERT S. MUELLER, Director, Federal )
24 Bureau of Investigation; MICHAEL AYTES,    )
   Acting Deputy Director, United States Citizenship )
25 and Immigration Services (USCIS); DAVID    )
   ROARK, Director, Texas Service Center; and )
26 ROSEMARY MELVILLE, District Director, San  )
   Francisco Field Office, USCIS,             )
27                                             )
              Defendants.                      )
28 _____ )

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of the entire action as moot, defendants having performed the administrative duty to adjudicate plaintiff's application for adjustment of status, resulting in favorable adjudication for plaintiff, no cause found for denial.  Each party to bear its own costs and fees, and no attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.


Dated: July 27, 2009                    Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

                                        DAVID J. KLINE
                                        Director, District Court Section
                                        Office of Immigration Litigation

                                        VICTOR M. LAWRENCE
                                        Principal Assistant Director

                                        /s/ Samuel P. Go
                                        SAMUEL P. GO
                                        Trial Attorney, District Court Section
                                        Office of Immigration Litigation
                                        U.S. Department of Justice, Civil Division

                                        Attorneys for Defendants

Date: July 27, 2009                     /s/ Sara G. Noel (with permission)
                                        SARA G. NOEL

                                        Attorney for Plaintiff

                                **ORDER**

        IT IS SO ORDERED.

Date:   July 27, 2009
                                        _____
                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge

2

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal and

3

4

[Proposed] Order was served via the district court's electronic filing system on this 27th day of

5

July 2009 to the following counsel:

6

7

Reginald Steer
Sara G. Noel

8

AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500

9

San Francisco, CA 94104

10

Theodore Roethke

11

ASIAN LAW CAUCUS
55 Columbus Avenue

12

San Francisco, CA 94111

13

14

  /s/ Samuel P. Go
SAMUEL P. GO

15

U.S. DEPARTMENT OF JUSTICE

16

17

18

19

20

21

22

23

24

25

26

27

28